In the Matter of KALE F., a Person Alleged to be a Juvenile Delinquent, Appellant. STEUBEN COUNTY ATTORNEY, Respondent. [703 NYS2d 783] —Appeal unanimously dismissed without costs. Memorandum: Respondent appeals from an order of disposition that placed him in the custody of the Steuben County Department of Social Services for a 14-month period, until August 30, 1999. That order expired and the appeal is

moot (*see, Matter of Michael OO.,* 267 AD2d 638; *Matter of Alice P.,* 254 AD2d 770). This appeal fails to satisfy the "three critical conditions to the mootness exception" (*Matter of Chenier v Richard W.,* 82 NY2d 830, 832; *see also, Mental Hygiene Legal Servs. v Ford,* 92 NY2d 500, 505-506; *but see, Matter of Jennifer B.,* 256 AD2d 1195), and there is no indication in the record that respondent is still being affected by that order (*see, Matter of Chenier v Richard W., supra,* at 832). Consequently, we dismiss the appeal. (Appeal from Order of Steuben County Family Court, Bradstreet, J.—Juvenile Delinquency.) Present—Wisner, J. P., Pigott, Jr., Hurlbutt and Balio, JJ.